United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| EUGENIO FERNANDEZ MENDEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-00241 |
| § | |
| BOBBY LUMPKIN, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Eugenio Fernandez Mendez's action pursuant to 28 U.S.C. § 2254, and Plaintiff's objections thereto.[1] After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Medrano's Report and Recommendation entered as Docket Entry No. 14 are hereby adopted by this Court.

Further, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Medrano, is of the opinion that the petition for writ of habeas corpus under 28 U.S.C. § 2254 should be **DISMISSED.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

---

[1] Plaintiff's Objections to Report and Recommendation (Dkt. No. 15) reiterate his argument in response to Defendant's Motion to Dismiss that he is entitled to equitable tolling. The Court finds the Report and Recommendation adequately addresses each of Plaintiff's tolling arguments.

SO ORDERED July 26, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge